Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

## Southern Division

**FILED - GR**

March 4, 2026 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 3-4

*SEE ATTACHED*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*SEE ATTACHED*

**Defendant(s)**

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.

_____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☐ Yes   ☑ No

**1:26-cv-718**

Hala Y. Jarbou
Chief U.S. District Judge
Maarten Vermaat
Magistrate Judge

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

   Name

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address

   ROOSEVELT L. WILLIAMS
   554 BOYNTON AVE
   BENTON HARBOR
   MI (49022) *Under Necessity*
   (269) 849-6112
   Kingwilliams1124@gmail.com

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  For an individual defendant,
   include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — *Craig Long*

Job or Title *(if known)* — CORPORAL V CRAIG LONG    POLICE OFFICER

Street Address — 34  N.  DIVISION

City and County — BATTLE CREEK    CALHOUN COUNTY

State and Zip Code — MICHIGAN    49014

Telephone Number — (269) 966-3306 Ext 2160

E-mail Address *(if known)* — cwlong@battlecreekmi.gov

**Defendant No. 2**

Name — *Cory Champlin*

Job or Title *(if known)* — POLICE OFFICER  SERGEANT CORY CHAMPLIN

Street Address — 34  N.  DIVISION

City and County — BATTLE CREEK    CALHOUN COUNTY

State and Zip Code — MICHIGAN  49014

Telephone Number — ~~(269) 966-3306 Ext 2168~~ (269) 966-3466

E-mail Address *(if known)* — cochmplin @ battlecreekmi.gov

**Defendant No. 3**

Name — *Amber Lamoff*

Job or Title *(if known)*

Street Address — 1145 HARMONIA ROAD    LOT 23

City and County — SPRINGFIELD    CALHOUN COUNTY

State and Zip Code — MICHIGAN  49037

Telephone Number — (269) 380-2650

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____ *See   Attached* _____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached*

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attached*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _February 23, 2026_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Roosevelt – Lasheun of the Williams family, Sui Juris_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF MICHIGAN

ROOSEVELT LASHAWN WILLIAMS, (GRANTOR)
Roosevelt-Lashawn of the Williams Family (Trustee)
     Plaintiff(s)

v.

BATTLE CREEK POLICE DEPARTMENT,
SGT. CORY CHAMPLIN,
CRPL. CRAIG LONG, AMBER LAMOTT
     DEFENDANT(S)
_____ /

HONORABLE JUDGE: _____ __

CASE NO.: _____

### *VIOLATION OF CONSTITUTIONAL RIGHTS TORT CLAIM*

### *(ORAL ARGUMENT REQUESTED)*

This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1331, as it involves a federal question under 42 U.S.C § 1983. Venue is proper in this district under 28 U.S.C § 1391 because the events giving rise to this claim occurred in this District.

NOTICE: THE PURPOSE OF A COURT CASE DOES NOT CHANGE THE MEANING OF THE STATEMENT(S) THEREIN/THEREOF

DEFENDANT(S), Craig Long, d/b/a CORPORAL CRAIG LONG of the BATTLE CREEK POLICE DEPARTMENT located at 34 N. DIVISION STREET BATTLE CREEK MICHIGAN 49014 and Cory Champlin, d/b/a SERGEANT CORY CHAMPLIN of the BATTLE CREEK POLICE DEPARTMENT located at 34 N. DIVISION STREET BATTLE CREEK MICHIGAN 49014 and AMBER LAMOTT of 1145 HARMONIA ROAD LOT 23, SPRINGFIELD MI 49037, were indeed acting under color of law, via the MICHIGAN CONSTITUTION OF 19, MICHIGAN COMPLIANCE LAWS, POLICY 327 and the violations thereof, thereby disqualifying any and all claims of immunity as detailed here in subjecting the herein named DEFENDANT(S) to the Jurisdiction of claims pursuant to 42 U.S.C § 1983. All parties are being held liable in both capacities.

### *DISCUSSION*

- On the Sixteenth Day of February in the Year of Our LORD, Two Thousand Twenty-Six, Amber Lamott arrived at 5269 Skyview Ln, Apt 9 Battle Creek Michigan to pick up her children whom she has lied to the schools by reporting said address as her children place of residence to discover that the door was locked to which at that time developed a childlike tantrum and proceeded to address her biological male parent by the derogative disrespectful title/word "Bitch" to which in turn was responded to by being addressed as retarded and she was informed should she call her biological male parent as such that bond money is available for the 93 day misdemeanor charge to which she responded by saying go ahead I'm going to send you back where you belong.

- On the Seventeenth Day of February in the Year of Our LORD Two Thousand Twenty-Six, the Plaintiff(s) received a text message from Amber Lamott's biological female parent informing him that Amber Lamott had showed up at the biological female parent's job causing a scene by verbally abusing the biological female parent by calling her "Bitches" and yelling. The Plaintiff sent Amber Lamott, hereinafter known as the DEFENDANT, due and sufficient notice that if she showed up at her mother's job again being disrespectful that a video, via e-mail or other means, showing her children actual place of residence would be shared with their schools, her acts of welfare fraud of not reporting all sources of income to the Welfare Office would be reported and that she will not be allowed at new location when the Plaintiff and Amber's Lamott female parent moves in together, to which Amber Lamott has and/or is and/or will use the address of a friend to enlist her children constituting as fraud as Amber Lamott does not live in the School District to where the children attend school.

- On the Eighteenth Day of February in the Year of Our LORD, Two Thousand Twenty-Six, Cory Champlin, d/b/a SERGEANT CORY CHAMPLIN of the BATTLE CREEK POLICE DEPARTMENT and Craig Long, d/b/a CORPORAL CRAIG LONG of the BATTLE CREEK POLICE DEPARTMENT was given due and sufficient notice, while responding to a false

police report submitted by Amber Lamott, that the Plaintiff(s) does not live at 5269 Skyview Ln Apt 9 Battle Creek Mi 49015 and that from time to time may stay overnight around no more than 3 to 4 days consecutively.

- On the Nineteenth Day of February, in the Year of Our LORD, Two Thousand Twenty-Six, to make sure that compliance with the law the PLAINTIFF registered with the BATTLE CREEK POLICE DEPARTMENT as a TEMPORARY RESIDENT

- On the Twentieth Day of February, in the Year of Our LORD, Two Thousand Twenty-Six, the tenant of 5269 Skyview Ln. Apt 9 Battle Creek Mi, 4905 received a e-mail titled as "Teal Run Lease Violation-Unauthorized **_OCCUPANT_**" from Stephanie Bake of the rental property , notifying her that a police officer had Stephanie Bake that Roosevelt is publicly listed as LIVING at the apartment and that the lease would not be renewed, to which the lease states visitors cannot stay more than 7 days. (See EXHIBIT (A) E-Mail from Stephanie Bake"

A private citizen aiding police in an investigation can be considered an agent of the state if the government initiated, encouraged, or participated in the action. Courts determine this based on the level of government involvement, control, and the citizen's motivation, rather than just their status.

Supreme Court cases establish that a private citizen can be considered an agent of the state when the government significantly involves itself in the private party's actions, triggering constitutional limitations. Key doctrines include the "state action" requirement and specific, case-by-case analysis of government participation.

Skinner v. Railway Labor Executives' Ass'n (1989): The Court noted that a private party can be deemed an agent or instrument of the government for Fourth Amendment purposes depending on the degree of government participation.

Massiah v. United States (1964): An individual who coerces or elicits information from a defendant while working for law enforcement can be considered a government agent, violating the Sixth Amendment.

Rea v. United States (1956): Involved the principle of federal agents being restricted from using a private citizen as an instrument to violate federal rules of evidence.

Lindke v. Freed (2024): Ruled that a public official's social media speech is attributable to the state only if they had actual authority to speak for the state and purported to exercise that authority.

Hollingsworth v. Perry (2013): Discussed the limits of private parties acting as agents of the state, specifically regarding standing to represent state interests in lawsuits.

These cases highlight that when a citizen acts on behalf of the state or is heavily encouraged/directed by the state to perform an action, they may be deemed a state agent.

Amber Lamott became a "agent of the state" when she intentionally acted with malicious intent in retaliation to the altercation on February 16th and 17th of 2026, by initiating the investigation by knowingly providing false information with the intent of causing an arrest.

Is a temporary resident the same as a permanent residence for sex offenders?

For sex offenders, a temporary residence is generally not legally treated the same as a permanent residence in terms of how it is defined, but it is usually treated the same regarding registration requirements. Both temporary and permanent residences trigger the duty to register with local law enforcement, often within 48 hours to 10 days of arrival.

Here is a breakdown of the differences and similarities based on legal standards:

Key Differences in Definitions:

Permanent Residence: Typically defined as any place where a person abides, lodges, or resides for 14 or more consecutive days.

Temporary Residence: A place, other than a permanent residence, where a person stays for a shorter, specific period, such as 14 days or more in the aggregate per calendar year, or as few as 3–4 consecutive days in a month. Some jurisdictions, like New York, require registration for "nonresident visitors" regardless of the length of stay if they are already registered in another jurisdiction.

Similarities in Registration
Registration Trigger: Sex offenders must register in any jurisdiction where they reside, are employed, or are students, whether the residence is temporary or permanent.
Reporting Timelines: Whether moving into a new home (permanent) or visiting for a short period (temporary), sex offenders are required to report to local law enforcement within a short time frame (e.g., 48 hours in Florida, 10 days in New York).

In summary, for the purposes of complying with the Sex Offender Registration and Notification Act (SORNA) and local laws, both temporary and permanent residences are considered "residences" that must be reported to the authorities.

What is the difference between a temporary residence and a permanent residence for the sex offender registry law?

Under sex offender registry laws, a permanent residence is the primary, habitual home where a person lives, sleeps, and keeps personal effects. A temporary residence is any location, such as a vacation home, hotel, or relative's house, where a person stays for a brief, designated period (often 4–14 days).

Key Differences and Legal Implications:

Definition: Permanent is where you live most of the time; Temporary is where you stay briefly.

What is the difference between living and visiting?

Living in a place means establishing a permanent home with daily routines, responsibilities, and deeper cultural immersion, whereas visiting is a temporary, leisure-focused stay. Living involves managing logistics like chores and bills, while visits are typically curated for sightseeing and relaxation.

Key differences include:

Routine vs. Vacation: Living means returning to a daily routine (gym, cooking, work) after a few weeks, whereas visiting feels like an escape from normal life.

Perspective: Visitors see the highlights, while residents experience the mundane, daily realities, such as traffic, bureaucracy, and, for example, the "New York tax" of daily expenses.

Depth of Connection: Living allows for building, for instance, meaningful relationships and understanding local culture deeply, whereas visiting offers a more superficial, curated, or "snapshot" experience.

Logistics: Living requires managing long-term responsibilities like rent, utilities, and, for instance, in some cases, employment.

Having clothes or personal belongings at someone's apartment does not automatically make you a legal resident, it is generally considered a "guest" convenience rather than tenancy. Residency is usually established by frequently staying overnight (e.g., 10–14+ days), receiving mail, or contributing to rent/bills.

Factors That Turn a Guest Into a Tenant:

Duration: Staying for extended, consecutive nights or frequently over a 6-month period.
Belongings: Moving in furniture, having a high volume of clothes, or keeping personal items.

Mail/Address: Using the address for mail, packages, or as a home address on official documents.

Contribution: Contributing to rent or utilities

Based on Supreme Court jurisprudence, having clothes at an apartment does not automatically establish residency or a reasonable expectation of privacy, particularly if the person is a temporary visitor or business guest rather than an overnight guest. Cases like Minnesota v. Carter (1998) distinguish between temporary visitors and overnight guests, finding that temporary presence, even with personal items, does not constitute a "home" for Fourth Amendment purposes.

Minnesota v. Carter, 525 U.S. 83 (1998): The Court held that individuals present in an apartment for a short time to package drugs did not have a reasonable expectation of privacy. Unlike overnight guests, temporary visitors without a "significant, continuous connection" to the place do not have protected Fourth Amendment rights just by being there.

Abel v. United States, 362 U.S. 217 (1960): While not solely about clothing, this case established that items left behind in a hotel room after checking out (a form of temporary, not permanent, residence) are abandoned and can be searched, suggesting that personal property presence alone does not equal legal residency.

In essence, a person must show a "significant, continuous connection" to the place to be considered a resident, rather than just having items present

Amber Lamott, Stephanie Bake.......[n]or anyone else can state under oath as to when the Plaintiff(s) arrives or leave, how many days the Plaintiff(s) is somewhere else, how long the Plaintiff(s) is visiting other places, the Plaintiff(s) whereabouts everyday all day to support a claim of permanent living/residence. A individual being seen somewhere or the sight of a vehicle everyday doesn't constitute living there. If that be the case an employee that works 5 to 7 days a week should be considered as "Living" where they're working.

## II. DID THE DEFENDANT(S) ACTION(S) VIOLATE MICH. CONST. ART 1 § 11; ART 1 § 17, AMENDMENT IV; XIV OF THE uNITED STATES OF AMERICA CONSTITUTION

### PLAINTIFF(S) SAYS: <u>YES</u>
### DEFENDANT(S) SAYS: _____

What constitutional issues arise when a police officer false statement causes a loss of property?

Constitution governs unreasonable searches and seizures, mirroring the Fourth Amendment, while due process protections are primarily found in Article 1, Section 17. These provisions safeguard persons, houses, and possessions from illegal government intrusion, requiring warrants based on probable cause.

Unreasonable Search and Seizure (Michigan Constitution)
Article 1, Section 11: Protects against unreasonable searches and seizures and requires warrants to be supported by oath or affirmation describing the place, person, or things to be searched or seized.

Context: Michigan courts generally construe this section to provide protections equivalent to the Fourth Amendment of the U.S. Constitution.

Due Process (Michigan Constitution)

Article 1, Section 17: Entitled "Due process of law; searches, seizures and self-incrimination," this section dictates that no person shall be compelled in any criminal case to be a witness against themselves, nor be deprived of life, liberty, or property, without due process of law.
Scope: Similar to the 14th Amendment of the U.S. Constitution, it guarantees fair, legal procedures before the government can deprive someone of rights

A police officer's false statement causing loss of property triggers significant constitutional issues, primarily under the Fourth Amendment (unreasonable seizure of property) and Fourteenth Amendment (due process violations). Such actions, often involving fabricated evidence or lying in reports to justify searches or arrests, violate civil rights and allow for lawsuits under 42 U.S.C. §1983.

Key constitutional issues and related legal protections include:

Fourth Amendment – Unreasonable Seizure: Police must have probable cause to seize property. A false statement that leads to a wrongful seizure constitutes a violation of the right to be secure in "effects".

Fourteenth Amendment – Due Process: A false report that leads to a deprivation of property without legal justification violates the Due Process Clause, which protects individuals from arbitrary government actions.

Fifth Amendment – Takings Clause: While often applied to land, some arguments suggest that unauthorized destruction or retention of property through false statements, if deemed a "taking" without compensation, may violate this protection.

Malicious Prosecution: Fabricating material information in a probable cause affidavit to secure an arrest or search warrant, which subsequently causes property loss, is a violation of both Fourth and Fourteenth Amendment rights.

18 U.S.C. §242 – Law Enforcement Misconduct: This federal statute allows for criminal prosecution of officers who willfully violate a person's constitutional rights under color of law.

Victims of such actions may seek compensation through civil rights lawsuits

**Making a false complaint can lead to significant penalties, including criminal charges (misdemeanor or felony with jail time/fines), civil lawsuits (for defamation or damages), restitution for wasted resources, and severe personal consequences like job loss or ruined reputation, as laws make it a crime to knowingly provide false reports to law enforcement, with punishments varying by jurisdiction and severity.**

**Criminal Penalties**

- **Misdemeanor/Felony Charges:**

  Varies by state but often includes charges like "public mischief" or "false reporting to law enforcement," punishable by jail time (e.g., up to 6 months or several years) and fines.

- **Restitution:**

  You may have to pay back the costs incurred by police, fire, or emergency services responding to the false report.

- **Federal Charges:**

  Making false statements to federal authorities can carry substantial penalties under laws like 18 U.S.C. § 1001.

**Civil Consequences**

- Civil Lawsuits: The falsely accused person can sue the accuser for damages, including compensatory and punitive damages for harm caused.
- Defamation: Publicly false accusations can lead to defamation suits (libel/slander).

**Other Consequences**

- Job & Career Impact: False accusations, even if disproven, can cost you your job and harm future employment prospects.
- Reputational Damage: A reputation for making false claims can be difficult to repair.
- Family Law: False claims in custody battles can result in loss of rights.

**Examples of Penalties by State/Context**

- Florida:

  Knowingly false reports can be a felony, with fines up to $10,000 per violation.

**Key Factor: Intent**

- Punishment generally applies when the report is made knowingly, willfully, and with intent to deceive, not for honest mistakes or good-faith reports

Supreme Court cases establish that police officers can be liable under 42 U.S.C. § 1983 for causing loss of property when they violate Fourth Amendment rights through unlawful searches, seizures, or malicious actions, provided they are not protected by qualified immunity. Key cases include Lugar v. Edmondson Oil Co. (state action in property deprivation) and Pierson v. Ray (qualified immunity for good faith actions).

Key Supreme Court Rulings on § 1983 Liability:

Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982): Established that if a private party acts in conjunction with a state official (like a sheriff) to deprive an individual of property, this constitutes "state action" that can be challenged under § 1983.

Pierson v. Ray, 386 U.S. 547 (1967): Held that police officers are liable under § 1983 for unconstitutional actions but are protected by a "qualified immunity" defense, meaning they must act in good faith and with probable cause.

Briscoe v. LaHue, 460 U.S. 325 (1983): Ruled that police officers have absolute immunity from § 1983 damages for perjury or false testimony given during a trial, even if it causes a loss of liberty or property.

Key Principles:

Qualified Immunity: Officers are generally not liable if their conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

Property Loss: Damages can include compensation for destroyed or unlawfully seized property during illegal searches or arrests.

A police officer making a false statement that causes an eviction can trigger serious constitutional issues, primarily centered on the violation of due process and rights against unreasonable seizure. When police help landlords evict tenants without a court order, or based on fabricated information, it constitutes an "illegal eviction" and a violation of civil rights.

Key constitutional issues and legal claims include:

1. Fourteenth Amendment: Procedural Due Process . The Fourteenth Amendment prohibits the state (including police officers acting under color of law) from depriving any person of property—including a home or tenancy—without due process of law.

Arbitrary Deprivation: Police cannot act as agents for landlords to remove residents without a, valid, lawful court order.

Fabricated Evidence: A due process violation occurs if a police officer deliberately fabricates evidence or lies to justify the removal of a person from their home.
Lack of Notice/Hearing: If a false statement bypasses the necessary court hearing where a tenant can defend themselves, this violates the right to notice and an opportunity to be heard.

2. Fourth Amendment: Unreasonable Search and Seizure. The Fourth Amendment protects against "unreasonable searches and seizures" of persons and their property.

Seizure of Property: Forcing a person out of their home based on false information is considered an unreasonable seizure of their home and, often, their personal belongings.
No Probable Cause: If an eviction is predicated on a knowingly false statement by a police officer, there is no legitimate "probable cause" or legal justification for the seizure of the home.

3. Civil Rights Claims (42 U.S.C. § 1983). When police violate these constitutional rights, they can be sued under 42 U.S.C. § 1983 for acting under color of law to deprive a person of rights.

Qualified Immunity Defense: Police may argue "qualified immunity," but this fails if the officer knew or should have known that their actions were illegal and violated clearly established rights.

Damages: A successful § 1983 suit can lead to damages for loss of housing, emotional distress, and property.

4. Violation of State Law. While not directly a federal constitutional issue, it often accompanies them:

Unlawful Eviction: Many states, such as New York, define evicting a tenant without a court order (or via false pretenses) as a criminal act (e.g., a Class A misdemeanor).

Key Considerations:

Intent: Establishing that the officer knew the statement was false is crucial to proving a violation.

### III. _DID THE DEFENDANT(S) ACTION(S) VIOLATE THE PRIVACY ACT OF 1974, MICH CONST. ART 1 § 11, AMENDMENT IV OF THE uNITED STATES OF AMERICA CONSTITUTION, U.S SUPREME COURT RULINGS AND POLICY 327_

**PLAINTIFF SAYS: _YES_**
**DEFENDANT SAYS: ____**

In Hale v. Henkel, 201 U.S. 43 (1906), the Supreme Court affirmed that while corporations (as "creatures of the state") do not have full immunity from investigations, an individual possesses constitutional rights, including the right to refuse to produce private papers that might incriminate them. The Court highlighted that a private individual "owes no duty to the state... to open his doors to an investigation" that may tend to criminate him.

Key takeaways from Hale v. Henkel (1906) regarding this issue include:

Individual vs. Corporation: The Court drew a clear distinction between a private individual and a corporation. An individual may stand on their Fourth and Fifth Amendment rights against unreasonable searches and self-incrimination.

Private Papers: The ruling protects a person's private books and papers from being forced into evidence to incriminate them, which is often interpreted as the right to not "open their doors" to government fishing expeditions.

Limitation on Power: The Court stated that individuals owe no duty to the state beyond the protection of their life and property, reinforcing the idea that citizens do not have to volunteer information to investigators.

Corporate Exception: The ruling specifically established that an officer of a corporation cannot use this right to refuse to produce corporate books, even if those books incriminate the officer, because the corporation is a creature of the state.

Hale v. Henkel is a foundational case for asserting personal constitutional privacy against government, particularly in the context of resisting broad, sweeping investigations, even though it also created the "collective entity rule" regarding corporate documents

The Privacy Act of 1974 (5 U.S.C. § 552a) is a federal law establishing controls over how executive branch agencies collect, maintain, use, and disseminate personal information, aiming to protect individuals from unwarranted invasions of privacy. It grants individuals the rights to view, request copies, and amend their records, while restricting unauthorized disclosure of personal data.

**Key Aspects of the Privacy Act of 1974:**

- **Rights of Individuals:** Individuals (U.S. citizens and lawfully admitted aliens) have the right to access, review, and request corrections for inaccuracies in their records. They may also sue the government for privacy violations.

- **Protection of Information:** Agencies must ensure records are accurate, relevant, timely, and complete, and they must limit the collection of information to what is necessary. It prohibits the maintenance of records on how a person exercises First Amendment rights, unless specifically authorized.

- **Restrictions on Disclosure:** Federal agencies generally cannot disclose personal information from a system of records without the individual's prior written consent, unless one of the twelve statutory exceptions applies.

- **"System of Records":** The Act applies only to information maintained in a "system of records," defined as a group of records under agency control, retrieved by an individual's name or other identifier.

- **Exemptions:** The Act allows for exemptions, particularly for law enforcement records, intelligence data, and specific "routine uses" of information.

**Background and Purpose:**

Passed in response to growing concerns over the impact of computerized databases on personal privacy, the Act established a code of "fair information practices" for the federal government. It requires agencies to publish "System of Records Notices" (SORNs) in the Federal Register to inform the public about the existence of these databases. Violations can include civil penalties, and knowingly obtaining records under false pretenses is a criminal offense

Registered sex offenders retain basic constitutional privacy rights but have significantly reduced rights compared to the general public, particularly concerning public disclosure of information. Laws like Megan's Law and SORNA allow public access to names, addresses, and convictions, which courts have upheld as constitutional to balance safety against privacy.

Key privacy limitations and rights include:

Public Registries: Information is often public, but this does not always include personal details like social security numbers or specific employer names.
Searches: Probation or parole often requires consent to warrantless searches, restricting expectation of privacy.

Residency Restrictions: Freedom of movement and residence can be limited in specific "child safety zones"

Battle Creek Police Department Policy 327: Registered Offender Information explicitly states that members will not unilaterally make a public notification advising the community of a particular registrant's presence. Such notifications require supervisor evaluation and approval from the Chief of Police, often in consultation with legal counsel.

Policy 327 (Registered Offender Information): Requires that if a significant risk is identified, the officer must notify a supervisor rather than informing the public themselves, adhering to MCL 28.728 and MCL 28.730

What is the difference between an individual and a private citizen?

An individual is any single human being, whereas a private citizen is specifically an individual acting in a personal capacity, rather than as an official representative of the government, military, or a corporation. A private citizen has no official duties, whereas an individual might.

13 of 22

Individual Definition: A single human being, also known as a "natural person".

Scope: Any person, regardless of their job, nationality, or legal status (e.g., a tourist, a government official on vacation).

Private Citizen
Definition: An individual not employed by or acting on behalf of the government, law enforcement, or as an agent/lobbyist for an organization.

Context: Defines a person's role in a specific situation, such as a politician voting (public official) versus paying taxes (private citizen).

Rights: Possesses specific rights, such as the ability to perform a "citizen's arrest" under certain legal conditions.

In essence, while all private citizens are individuals, not all individuals are private citizens (e.g., a police officer on duty is an individual, but not acting as a private citizen

What is the difference between living and visiting?

Living in a place means establishing a permanent home with daily routines, responsibilities, and deeper cultural immersion, whereas visiting is a temporary, leisure-focused stay. Living involves managing logistics like chores and bills, while visits are typically curated for sightseeing and relaxation.

Key differences include:

Routine vs. Vacation: Living means returning to a daily routine (gym, cooking, work) after a few weeks, whereas visiting feels like an escape from normal life.

Perspective: Visitors see the highlights, while residents experience the mundane, daily realities, such as traffic, bureaucracy, and, for example, the "New York tax" of daily expenses.

Depth of Connection: Living allows for building, for instance, meaningful relationships and understanding local culture deeply, whereas visiting offers a more superficial, curated, or "snapshot" experience.

Logistics: Living requires managing long-term responsibilities like rent, utilities, and, for instance, in some cases, employment,

Is providing information to a police officer considered as assistance and investigation

Providing information to a police officer is considered assistance in an investigation, often referred to as cooperation, aiding, or acting as a witness or informant. While you can refuse to answer questions, knowingly providing false, misleading, or concealed information to police during a criminal investigation is a crime.

Key details regarding providing information to police:

Voluntary Assistance: Providing information, such as acting as a confidential informant, involves sharing useful and credible details about felonious activities.

Legal Obligation: In some cases, a law enforcement officer may command the assistance of a person in the vicinity, and that person may have the same authority to act.

Risks of Cooperation: Providing information, sometimes called "snitching," carries risks and may require testifying in court, unless protection is provided.

Consequences of False Info: Lying to police, even with good intentions, is illegal, and hiding material facts during a investigation is punishable.

The Battle Creek Police Department does not typically send personalized, proactive notifications to apartment managers or complexes about the arrival of a sex offender. Instead, they rely on a public, web-based system for information disclosure.

Key Details on Sex Offender Notifications in Battle Creek:

Public Registry: Information regarding registered sex offenders is available to the public via the Michigan Public Sex Offender Registry (PSOR) and the Battle Creek Police Department's website.

No Unilateral Notification: Battle Creek police policy explicitly states that members will not unilaterally make a public notification advising the community (including landlords) of a particular registrant's presence, unless a significant risk or public safety issue is identified by a supervisor and approved by the Chief of Police.

Public Responsibility: Residents and property managers are expected to check the Michigan Public Sex Offender Registry to find information on offenders in their area.

Email Alerts: Residents can sign up for email notifications through the PSOR website to be notified if a sex offender moves within a certain radius of their address.

Legal Context for Landlords in Michigan:

While police may not directly notify landlords, a new Michigan law (House Bill 4878) allows landlords to ask if an applicant is on the sex offender registry before accepting an application fee. This allows landlords to perform their own due diligence in screening potential tenants.

## IV. DOES THE STATEMENT OF THE DEFENDANT(S) CONSTITUTE AS PERJURY, VIOLATE MICH. CONST. , 18 U.S.C SEC 1621 AND 1623, AMENDMENT IV; V; XIV OF THE uNITED STATES OF AMERICA CONSTITUTION

### PLAINTIFF SAYS: YES
### DEFENDANT SAYS: ____

What constitutional issues arise when an individual gives a false statement to the police

Giving a false statement to the police raises significant constitutional issues centered on the Fifth Amendment protection against self-incrimination and the Fourteenth Amendment's due process clause. While you cannot be forced to lie, you also have the right to remain silent rather than make false, incriminating statements. Deliberate lies, especially to federal agents (18 U.S.C. § 1001), can constitute felonies, while in other contexts, they may be misdemeanors.

Key constitutional issues and legal consequences include:

Fifth Amendment – Self-Incrimination & Silence: An individual has the right to refuse to answer questions that might incriminate them. However, if they choose to speak, they are not constitutionally protected from prosecution for lying.

Fourteenth Amendment – Due Process: False statements, especially if induced by police misconduct or deception, can implicate due process rights regarding a fair trial and the reliability of evidence.

Federal False Statements (18 U.S.C. § 1001): It is a federal crime to knowingly and willfully make false statements, conceal facts, or use false documents in matters within the jurisdiction of the federal government.

Perjury (18 U.S.C. § 1621 & 1623): Lies made under oath or penalty of perjury in official proceedings are criminal acts.

Obstruction of Justice: Providing false information can lead to obstruction charges if it hinders a criminal investigation, which may violate state or federal laws.

Important Distinctions:
Materiality: To be a crime, the false statement must generally be "material" to the investigation, meaning it matters to the outcome.

Intent: The false statement must be made "knowingly and willfully" rather than by mistake or faulty memory.

Limitations on Lies: While the U.S. Supreme Court has recognized that some lies are protected speech, lies that cause legally cognizable harm, such as defrauding the government or hindering a criminal investigation, are not protected

Supreme Court cases confirm that police officers, like any witness, commit perjury by knowingly making false material statements under oath (18 U.S.C. § 1621), though they possess absolute immunity from §1983 damages for such testimony. Key cases defining this include Bronston v. United States (falsehood must be more than misleading) and United States v. Dunnigan (defining perjury).

Briscoe v. LaHue, 460 U.S. 325 (1983): The Court held that police officers are not liable for damages under 42 U.S.C. § 1983 for perjury committed during criminal proceedings, noting that the proper remedy is criminal prosecution for perjury, not civil liability.

United States v. Dunnigan, 507 U.S. 87 (1993): Defined perjury under 18 U.S.C. § 1623 as giving false testimony under oath regarding a material matter with the willful intent to provide false testimony, rather than as a result of confusion or mistake.

Bronston v. United States, 409 U.S. 352 (1973): Established that the federal perjury statute does not reach a witness's answer that is literally true, even if intentionally misleading.

Brogan v. United States, 522 U.S. 398 (1998): Affirmed that knowingly and willfully making false, fictitious, or fraudulent statements to federal agents violates 18 U.S.C. § 1001, even if the statement is not under oath.

These rulings emphasize that perjury requires a knowingly false statement, not just a misleading one, and while police are subject to criminal perjury laws

The herein named DEFENDANT(S) action was just the opposite thereof upholding the U.S CONSTITUTION and the law(s) of the STATE OF MICHIGAN.

Violating an oath of office is widely considered a serious breach of a legal and ethical contract, as it is a binding declaration to uphold the Constitution and faithfully discharge duties. Such violations can constitute a breach of duty, potentially resulting in legal, criminal, or political consequences like impeachment, recall, or charges of perjury.

Key Implications of Violating the Oath of Office:

Contractual & Legal Nature: The oath is a legally binding commitment, often viewed as a contract between the official and the public or the government.

Consequences:
Criminal Charges: Violations can lead to charges such as fraud, bribery, or perjury, particularly if the official lies under oath.

Impeachment: For high-ranking officials like the President, violations are grounds for impeachment, as noted by Congress.gov.

Civil Liability: Officials can be held liable in civil courts for violating their oath.
Political Repercussions: Violations may lead to recalls, loss of public trust, and severe political backlash.

Definition of Violation: Acts that constitute a violation include abusing power, engaging in criminal activities, or failing to defend the Constitution.

While some breaches are handled through political accountability rather than direct breach-of-contract lawsuits, the violation fundamentally breaks the trust and legal obligations established when taking office.

## *CONCLUSION*

What is the difference between an occupant and a visitor

An occupant lives in a property for a prolonged period, acting as a resident (often listed on a lease or acting as a tenant), while a visitor is a temporary guest with a permanent home elsewhere. Key differences include length of stay, frequency of visits, contribution to rent/utilities, and receiving mail at the location.

Key Differences Between Occupant and Visitor

Length of Stay & Frequency: Occupants stay for a "prolonged period" often exceeding guest policies (e.g., 14–30 days). Visitors stay for a limited time, such as for a weekend or a few nights, and do not make the location their regular place of residence.

Legal/Contractual Status: Occupants are usually listed on a lease agreement or have established "tenancy" by staying for an extended time, making them responsible for lease terms. Visitors are invited guests not listed on the lease and generally have no contractual obligations.

Financial & Personal Habits: Occupants often contribute to rent or utilities and store significant personal belongings (furniture, clothes). Visitors typically maintain a separate, permanent residence.

Mail and Access: An occupant is likely to receive mail and packages at the address. A visitor usually does not receive mail there and often does not have a key to the premises.

The Plaintiff has filed the required documents and is registered as a Non-Citizen U.S. National with the U.S SECRETARY OF STATE and an Individual Private Citizen with the protection of the united States of America Constitution to which includes the right(s) of privacy to which via that same constitution that states no law(s) can be made to deny the protection therefrom to which includes the passing of STATE LAW(S) (i.e. MICHIGAN COMPLIANCE LAW(S) (MCL) ) to which the DEFENDANT(S) clearly violated as witnessed via EXHIBIT (A).

The statement(s) of the DEFENDANT(S) of the PLAINTIFF(S) "living" and/or being "publicly listed as living" is untrue and false to which the PUBLIC SERVANT(S) has numerous of laws to include but not limited to, the Michigan Constitution, the united States of America Constitution, Policy 327 prohibiting any unilateral action(s) of disclosing such information , intentionally disclosed said information violating numerous law(s)/rights and committing perjury, as the DEFENDANT(S) has taken an *__OATH OF OFFICE__* to uphold and enforce the Constitution, to which the very actions thereof has done just the opposite thereof, to which being an officer of the law should have known better. Those very action(s) caused the PLAINTIFF(S), as the PLAINTIFF(S) would occasionally compensate the tenant for the use of any empty room for commercial production of customization orders for customer, to lose his place of doing business/visit and a tenant to lose their place of resident to which due and sufficient notice is hereby given that the tenant will be seeking damages on similar grounds.

The PLAINTIFF(S) gave due and sufficient notice on or about the 17th day of February in the Year of Our LORD, Two Thousand Twenty-Six during being interrogated by SGT. CORY

CHAMPLIN and CRPL. CRAIG LONG,  to the PLAINTIFF(S)' permanent resident being RURAL
ROUTE C-O21, BOX 54, 00000 (NO FED CODE) as listed and registered with the MICHIGAN
SECRETARY OF STATE for public record/notice with the mailing address being 554
BOYNTON AVE, BENTON HARBOR MI, 49022, as witnessed via the Sex Offender Registry
that 5269 Skyview Ln Apt 9 Battle Creek Mi 49015 is a Temporary Residence and not where
the PLAINTIFF(S) permanently resides making the false statement(s) of the DEFENDANT(S)
that of malicious intent without regards to the PLAINTIFF(S)  rights or laws. The Plaintiff is a
Individual Private Citizen and not a corporation that hasn't given consent knowingly,
voluntarily, willingly [n]or otherwise to the use of his personal private intellectual property,
information or the likes thereof to anyone, to include but not limited to any form of
Government.

RELIEF REQUESTED

The herein Complaint involves issues of violation of CONSTITUTIONAL rights to which
pursuant to Article III § I of the united States of America Constitution, this being a Article III
COURT, gives this HONORABLE COURT Authority/jurisdiction to GRANT the herein sought
RELIEF. Satisfying 28 U.S.C. APP Fed. R. Civ. Rule 8.

- The full value of each DEFENDANT(S) Public Hazard Bond in U.S Currency Dollars be
  paid to the PLAINTIFF(S)

- Punitive Damages in the said sum amount of Two Hundred Seventy-Five Thousand
  U.S. Currency Dollars ($275,000.00) per person per violation, and/or per day of
  deprivation of a place of business

- STATA and FEDERAL Criminal charges be brought against DEFENDANT(S) pursuant
  to all applicable law(s)

- Effective immediately termination of said employment prohibiting any qualification
  from similar jobs.

- Mandatory prohibitive Injunctions from any act(s)/action(s) that would constitute as
  harassment

Along with Court costs and fees and any additional alternative relief this HONORABLE COURT deems just and proper.

Without Prejudice All Rights Reserved

S/ *Roosevelt-Lashawn of the Williams Family*

Roosevelt-Lashawn of the Williams Family, Sui Juris

### *CERTIFICATE OF SERVICE*

I/We do hereby certify under penalty of perjury that on this Twenty-Eighth Day of February, in the Year of Our LORD, Two Thousand Twenty-Six, to mailing via First Class mail a copy of this said presentment to all parties.

ROOSEVELT L. WILLIAMS Estate
℅ 554 BOYNTON AVENUE
BENTON HARBOR MI (49022)
Under Necessity



U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
~~THEODORE LEVIN U.S. COURTHOUSE~~
~~231 W. LAFAYETTE BLVD~~
~~DETROIT MI 48226~~

339 FEDERAL BUILDING
110 MICHIGAN ST. N/W
GRAND RAPIDS MI 49503