# ATTACHMENT
## (A)

## TEAL RUN APARTMENTS
## E-MAIL



## Fwd: Teal Run Lease Violation- Unauthorized Occupant

1 message

**Teresa Lamott** <teresalamott95@gmail.com>
To: R Williams <kingwilliams1124@gmail.com>

Mon, Feb 23, 2026 at 10:29 AM

————— Forwarded message —————
From: **Stephanie Bake** <communications@mservicing.mailer.appfolio.us>
Date: Fri, Feb 20, 2026, 4:14 PM
Subject: Teal Run Lease Violation- Unauthorized Occupant
To: <teresalamott95@gmail.com>

Good afternoon. I had a police officer visit my office today, he informed me that Roosevelt is publicly listed as living at your apartment. We cannot have anyone living on the property that has not been approved. We will not be able to offer a lease renewal as you are in violation of your current lease.
Please let me know if you have any questions.

Stephanie Bake
Teal Run Apartments
269-979-5432
TealRun.mgr@gmail.com
Rentbattlecreek.com