AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT
### for the
_____ District of _____

**FILED - GR**
March 4, 2026 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ᵈ✓ / ˢ⁻⁴

ROOSEVELT LASHAWN WILLIAMS (GRATOR) )
)
*Plaintiff/Petitioner* )
v. )
)
BATTLE CREEK POLICE DEPT et al )
)
*Defendant/Respondent* )

Civil Action No.

**1:26-cv-718**

Hala Y. Jarbou
**Chief U.S. District Judge**
**Maarten Vermaat**
**Magistrate Judge**

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:     .

_____

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____0_____ , and my take-home pay or wages are:  $ __1400__ per (specify pay period) __Month__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | 'Yes | (No) |
| (b) Rent payments, interest, or dividends | 'Yes | (No) |
| (c) Pension, annuity, or life insurance payments | 'Yes | (No) |
| (d) Disability, or worker's compensation payments | ('Yes) | 'No |
| (e) Gifts, or inheritances | 'Yes | (No) |
| (f) Any other sources | 'Yes | (No) |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __23.⁰⁰__

5.    Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument orthing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:    N/A

6.    Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:    Rent $1,050

7.    Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationshipwith each person, and how much I contribute to their support:    Parents   Alberta + Roosevelt Williams

8.    Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:    Car Payment $209.00 month

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:

February 23, 2026

Williams ucc 9+308
_____
*Applicant's signature*

ROOSEVELT L. WILLIAMS
_____
*Printed name*

ROOSEVELT L. WILLIAMS Estate
℅ 554 BOYNTON AVENUE
BENTON HARBOR MI (49022)
           Under Necessity



                    U.S. DISTRICT COURT
               WESTERN DISTRICT OF MICHIGAN
                    CLERK OF THE COURT
              ~~THEODORE LEVIN U.S. COURT HOUSE~~
                 ~~231 W. LAFAYETTE BLVD~~
                 ~~DETROIT MI 48226~~

              339 FEDERAL BUILDING
              110 MICHIGAN ST. N/W
              GRAND RAPIDS MI 49503