UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

   Plaintiff,       Case No. 1:26–cv–00718–HYJ–MV

  v.          Hon. Hala Y. Jarbou

CRAIG LONG, et al.,

   Defendants.
_____/

## NOTICE OF RECEIPT OF CASE

   NOTICE is hereby given that this case has been received, and filed in this court on March 4, 2026.   It has been assigned the case number and judge set forth above.

          CLERK OF COURT

Dated:  March 5, 2026   By: _/s/ M. Carlson_____
           Deputy Clerk