UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

       Plaintiff,                   Case No. 1:26–cv–00718–HYJ–MV

    v.                             Hon. Hala Y. Jarbou

CRAIG LONG, et al.,

       Defendants.

_____/

## <u>ORDER REFERRING CASE TO MAGISTRATE JUDGE</u>

      IT IS ORDERED that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Maarten Vermaat, United States Magistrate Judge, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

      IT IS SO ORDERED.

Dated:  March 5, 2026          /s/ Hala Y. Jarbou
                             HALA Y. JARBOU
                             Chief United States District Judge