**FILED - GR**
March 19, 2026 12:20 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: ns 3/19/26

*UNITED STATES DISTRICT COURT*

*FOR THE*

*WESTERN DISTRICT OF MICHIGAN*

*ROOSEVELT LASHAWN WILLIAMS (GRANTOR)*
Roosevelt-Lashawn of the Williams Family (Trustee)
    Plaintiff(s)

v.

BATTLE CREEK POLICE DEPARTMENT,
SGT. CORY CHAMPLIN,
CRPL. CRAIG LONG, AMBER LAMOTT
    DEFENDANT(S)

_____/

HONORABLE JUDGE: _____

CASE NO.: _____

*OBJECTION TO REPORT AND RECOMMENDATION*

*OARL ARGUMENT REQUESTED*

    *I)*    **DISCUSSION**

    A. **STATEMENT OF PROOF SUBJECT MATTER JURISDICTION**

*This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1331, as it involves a federal question under 42 U.S.C § 1983. Pursuant to Article III § 2 of the united States of America Constitution states*

*Section 2.*

*The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and*

consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

Article III of the U.S. Constitution establishes the judicial branch, vesting federal judicial power in one Supreme Court and lower courts created by Congress. It defines federal jurisdiction over cases involving federal law, treaties, and disputes between states or citizens, guarantees jury trials in criminal cases, and defines treason.

Key Aspects of Article III:

Section 1: Judicial Power and Tenure: Creates the Supreme Court and authorizes Congress to establish inferior courts. Judges hold their offices during "good Behaviour" (lifetime appointment) and receive compensation that cannot be diminished.

Section 2: Jurisdiction and Rights: Outlines cases federal courts can hear, including those where the U.S. is a party, between states, or involving foreign citizens. It grants the Supreme Court original jurisdiction in specific cases (e.g., affecting ambassadors) and appellate jurisdiction in others. It also guarantees the right to a jury trial for crimes.

Section 3: Treason: Defines treason narrowly (levying war, adhering to enemies) and requires testimony from two witnesses or a confession in open court for conviction.

Key Concepts:

Independence: Protects judges from political pressure, ensuring impartial rulings.

Cases or Controversies: Federal courts only rule on actual legal disputes, not advisory opinions

42 USC Section 1983 is a federal statute that allows individuals to sue state or local government officials for violating their constitutional or federal rights, specifically while acting "under color of law". It provides a legal remedy for damages or injunctive relief against violations such as police misconduct, wrongful death, or denial of due process.

Key Aspects of the Purpose of 42 USC Section 1983:

Civil Action for Rights Deprivation: It acts as a primary legal tool allowing citizens to sue officials (police, correctional officers, state agents) for constitutional rights violations.

*"Under Color of Law" Requirement: It applies to actions taken by individuals abusing their authority under state, county, or municipal regulations.*

*Remedy for Violations: It enables plaintiffs to seek money damages, equitable relief, or attorney's fees.*

*Historical Context: Originally created as part of the Civil Rights Act of 1871 (Ku Klux Klan Act) to enforce Reconstruction Amendments and protect against state-sanctioned abuses.*

*Usage Examples:*

*Police Misconduct: Lawsuits alleging excessive force, false arrest, or unreasonable search and seizure.*

*Prisoner Rights: Suits against prison officials for failure to provide medical care or for cruel and unusual punishment.*

*Constitutional Rights Violations: Claims regarding First Amendment violations, equal protection, or due process violations*

*A violation of the U.S. Constitution by a police officer generally gives federal courts subject matter jurisdiction under federal question jurisdiction, because such cases arise under the Constitution and federal law.*

*Key points regarding this jurisdiction:*

*Section 1983 Actions: Most lawsuits for constitutional violations by state or local police (e.g., excessive force, false arrest) are brought under 42 U.S.C. § 1983. This statute allows individuals to sue for the deprivation of constitutional rights while acting "under color of law".*

*Federal Question Jurisdiction: Federal district courts have jurisdiction over these claims because they involve federal civil rights statutes, specifically under 28 U.S.C. § 1343, which grants jurisdiction for § 1983 actions.*

*Federal Officers (Bivens): If a federal law enforcement officer violates the Constitution, the lawsuit is brought under the Bivens doctrine (not § 1983), which also falls within federal court jurisdiction.*

*Bell v. Hood, 327 U.S. 678 (1946), is the landmark US Supreme Court case establishing that federal courts have subject-matter jurisdiction to hear a lawsuit alleging that federal*

officers violated an individual's constitutional rights. This case held that because the complaint was based on the Constitution, federal jurisdiction exists to hear the claim.

The Supreme Court decided that when a complaint clearly alleges a violation of federal law (in this case, the Fourth and Fifth Amendments), the court must assume jurisdiction to determine whether the claim is valid, rather than dismissing it immediately for lack of jurisdiction.

This was a case where FBI agents were sued for illegal search and seizure (violating the Fourth Amendment) and wrongful imprisonment (violating the Fifth Amendment).

*Monroe v. Pape* (1961) expanded on this by enforcing 42 U.S.C. § 1983 to allow lawsuits against state officials (like police officers) who violate constitutional rights "under color of law"

The Michigan Constitution of 1963 includes explicit rights of privacy, particularly regarding searches and seizures. Article I, Section 11 was amended in November 2020 to explicitly protect electronic data and communications, stating that "the person, houses, papers, possessions, electronic data, and electronic communications of every person shall be secure from unreasonable searches and seizures".

Key details about privacy in Michigan include:

Explicit Protection: The 2020 amendment makes Michigan one of the few states with explicit constitutional protections against unreasonable searches of digital information, requiring a warrant.

Search and Seizure: Article I, § 11 aligns with Fourth Amendment protections but now extends them specifically to modern technology.

Common Law/Statute: While there is no single, all-encompassing "statutory right to privacy" in Michigan, common law covers four types of torts regarding invasion of privacy (e.g., intrusion upon seclusion).

Public Records: The Freedom of Information Act (FOIA) handbook notes that public bodies can exempt personal information from disclosure to protect privacy, as highlighted in the MCL Section 15.243.

The Supreme Court has interpreted several amendments to create a "zone of privacy" or implied right against government intrusion. This right is largely derived from the Fourth

Amendment (unreasonable search and seizure), along with the First, Third, Fifth, Ninth, and Fourteenth Amendments.

Key Amendments and Privacy Protections:

Fourth Amendment: Protects against unreasonable searches and seizures of persons, houses, papers, and effects.

First Amendment: Protects privacy of beliefs and association.

Third Amendment: Implicitly protects the privacy of the home against quartering soldiers.

Fifth Amendment: Protects against self-incrimination, which offers a zone of personal privacy.

Ninth Amendment: Explicitly states that rights not listed in the Constitution can be retained by the people.

Fourteenth Amendment: The Due Process Clause restricts states from invading personal privacy, particularly concerning liberty interests.

Key Supreme Court Rulings:

Griswold v. Connecticut (1965): Established that the "penumbras" (implied rights) of the Bill of Rights create a general right to privacy.

Whalen v. Roe (1977): Recognized a right to informational privacy and confidentiality

The PLAINTIFF(S) has clearly stated that said POLICE OFFICER(S) action(s) of falsely informing Stephen Bake the Plaintiff(s) resided at a address that he doesn't and being on the slanderously labeled "sex offender registry " without being asked violate(s) the BATTLE CREEK POLICE DEPARTMENT policy and rights secured via the MICHIGAN  STATE CONSTITUTION and the united States of America Constitution  while acting under color of law gives this HONORABLE COURT jurisdiction to hear said complaint presented before this HONORABLE COURT.  MAGISTRATE JUDGE MAARTEN VERRMAAT claim of lack of subject matter jurisdiction is without merit.

## B. *CLAIM OF INJURY VIA CAUSE OF PROPERTY LOSS*

Police officers can be sued for property loss or damage under the Fourth Amendment, which prohibits unreasonable seizures and excessive, unnecessary destruction.

Key cases include United States v. Ramirez (1998), which noted excessive destruction violates the Fourth Amendment, and Timbs v. Indiana (2019), which limited civil forfeiture, applying the Eighth Amendment against excessive fines to the states

Michigan Constitution (1963)

The right to make a living in Michigan is generally anchored in the Declaration of Rights (Article I):

Article I, Section 1 (Equality and Rights): States that "all political power is inherent in the people" and "government is instituted for their equal benefit, security and protection".

Article I, Section 17 (Due Process): Protects individuals from being deprived of life, liberty, or property without due process of law.

Interpretation: Michigan courts have historically recognized that the freedom to pursue a lawful trade or calling is a fundamental aspect of liberty protected by the constitution

The Fifth Amendment's Takings Clause is the primary part of the U.S. Constitution regarding property loss, stating that private property cannot be taken for public use without "just compensation". Known as eminent domain, this protects citizens from government confiscation without compensation, requiring fair payment.

Key aspects regarding property loss include:

The Takings Clause (Fifth Amendment): "Nor shall private property be taken for public use, without just compensation".

Due Process Clauses (Fifth & Fourteenth Amendments): These ensure that the government cannot deprive someone of property without fair legal procedures.

Physical & Regulatory Takings: Applies not just to physical seizure but also to regulations that severely restrict property use.

Third Amendment: Prohibits the quartering of soldiers in homes during peacetime, protecting against a specific form of property loss/occupation.

The clause applies to both real property (land) and personal property (tangible items, money, patents). The Supreme Court has ruled this protects individuals from bearing public burdens

The Fourteenth Amendment's Due Process Clause is primarily understood to protect the right to earn a living. It prohibits states from depriving any person of liberty or property without due process, which courts interpret as the right to pursue a lawful calling.

Key constitutional components regarding livelihood include:

14th Amendment, Section 1 (Due Process Clause): Protects the "liberty" to pursue a profession, work in a lawful occupation, and enter contracts.

14th Amendment, Section 1 (Privileges or Immunities Clause): Historically aimed at protecting economic freedoms, including the right to engage in trade.

5th Amendment (Due Process Clause): Similar to the 14th Amendment, it restricts the federal government from infringing on liberty or property rights.

The Supreme Court has interpreted "liberty" to include the right of citizens to use their faculties to work and earn a living. These protections are sometimes referenced in debates over economic liberty

The plaintiff(s) has clearly stated that space ( i.e. spare room and garage) were being rented to conduct commercial activities to sustain a livelihood  to which those acting under color of law false statement caused the denial of the occupant's lease renewal being denied thereby causing the PLAINTIFF(S) to shutdown said place of commercial activities and customer losses causing the PLAINTIFF(S) injury. MAGISTRATE JUDGE MAARTEN VERRMAAT claim of not identifying a injury is without merit.

The "casual connection between the injury and the conduct complained of" is the PLAINTIFF(S) compliance with the MICHIGAN COMPLIANCE LAW,  the POLICE OFFICER'S violation(s), while acting under color of law, of the PLAINTIFF'S constitutional rights of privacy and the BATTLE CREEK POLICE DEPARTMENT POLICY that caused the PLAINTIFF(S) loss of livelihood.

## C. ***CONCLUSION***

On page 19 of 22 the PLAINTIF(S) clearly states the loss caused by those acting under color of law causing injury to the PLAINTIFF(S), the plaintiff(s) has clearly stated throughout the PLAINTIFF(S)' complaint the numerous of laws and rights being violated by those (i.e. POLICE OFFICER(S)) invoking the jurisdiction of this HONORABLE COURT. MAGISTRATE JUDGE MAARTEN VERRMAAT reasoning for dismissal is frivolous and without merit.

My claim doesn't reach the level of "totally implausible" and the united States of America Constitution secured right of being heard, this HONORABLE COURT should reject the REPORT AND RECOMMENDATION and allow the PLAINTIFF(S) to proceed.

Without Prejudice All Rights Reserved

S/ *Roosevelt-Lashawn of the Williams Family*

Roosevelt-Lashawn of the Williams Family Sui Juris

## CERTIFICATE OF SERVICE

I/We do hereby certify under penalty of perjury that on this Sixteenth Day of March, in the Year of Our LORD, Two Thousand Twenty-Six, to mailing via First Class mail a copy of this said presentment to all parties.

Roosevelt L. Williams
c/o 564 Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

GRAND RAPIDS MI

17 MAR 2026 PM 4  L

49503-291789