UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROOSEVELT LASHAWN WILLIAMS,

     Plaintiff,

                                       Case No. 1:26-cv-718

v.

                                       Hon. Hala Y. Jarbou

CRAIG LONG, et al.,

     Defendants.

_____/

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.


Dated: March 27, 2026                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE